IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 05-2254 |
| ABI INSULATION CONTRACTORS, INC., a corporation, | ) ) ) ) | JUDGE HAROLD A. BAKER MAGISTRATE JUDGE DAVID G. BERNTHAL |
| Defendant. | ) | |

## JUDGMENT ORDER

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it appearing to the Court that the Defendant, ABI INSULATION CONTRACTORS, INC., a corporation, having been regularly served with process and having failed to appear, plead or otherwise defend, and default of said Defendant having been taken on March 20, 2006, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

1. It has jurisdiction of the subject matter herein and of the parties hereto.

2. The Defendant is bound by the terms of the collective bargaining agreement referred to in the Complaint of Plaintiffs.

3. The Defendant is obligated to make contributions to the Plaintiff Fund in accordance with the collective bargaining agreement.

4. The Defendant is bound by all the terms and conditions set forth in the Trust Agreement governing the Plaintiff Fund.

5. That Defendant has made available to the Plaintiff its payroll books and records for the purpose of taking an account as to all employees of the Defendant covered by the

collective bargaining agreement referred to in the Complaint of the Plaintiffs to determine amounts due to Plaintiff.

  6. Plaintiff, by the accounting firm of Romolo and Associates, did cause an audit to be made to cover the period extending from the 1st day of February 2004 through the 31st day of December 2005.

  7. Upon such audit, it is determined that there is due and owing, for such audited period, to Plaintiff, $4,563.00 for contributions, $456.30 for liquidated damages, $449.83 for interest as of May 22, 2006, and $411.00 for the costs of conducting the audit, for a total of $5,880.13.

  8. The interest charged to Defendant continues to accrue at the rate of $1.52 per day from May 23, 2006 until the contributions are paid in full.

  9. Plaintiff is entitled to make a further audit of the payroll books and records to cover periods not previously audited by Plaintiffs.

  10. Defendant has failed to timely make all contributions required to be made to the Plaintiff Fund; as provided in the Trust Agreements governing the Fund, Plaintiff is entitled to recover:

   (a) a sum equal to the costs to the Fund of auditing the payroll books and records of Defendant;

   (b) a sum equal to ten (10%) percent of the amount determined to be due;

   (c) a sum equal to interest on the unpaid contributions at the rate of 12% per year, through May 22, 2006, and accruing at the rate of $1.52 per day until the contributions are paid in full;

   (d) costs and expenses of the Trustees, including their court costs and reasonable attorneys' fees.

  11. There is no just cause for delay in the entry of a Judgment Order as to the sum of $7,301.38 owed to the Plaintiffs from Defendant.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A. That Plaintiffs recover from the Defendant, ABI INSULATION CONTRACTORS, INC., a corporation, the sum of $4,563.00 for contributions, $456.30 for liquidated damages $449.83 for interest, and $411.00 for audit fees, or a total sum of $5,880.13.

B. That Plaintiffs recover from the Defendant, ABI INSULATION CONTRACTORS, INC., a corporation,, the sum of $1,421.25 as and for Plaintiffs' costs and just and reasonable attorneys' fees.

C. That Plaintiffs recover from the Defendant, ABI INSULATION CONTRACTORS, INC., a corporation, the total amount of **$7,301.38**, representing contributions, liquidated damages, interest and attorneys' fees.

D. That further interest charges be assessed against the Defendant, ABI INSULATION CONTRACTORS, INC., a corporation, at the rate of $1.52 per day from May 23, 2006 up to and including the date the contributions are paid in full.

E. Plaintiffs are awarded execution for the collection of the judgment and costs granted hereunder.

F. The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order.

ENTER:   **July 11, 2006**

**s/Harold A. Baker**
UNITED STATES DISTRICT JUDGE

DATED:   **July 11, 2006**